*J. S. Harvey, J. M. Gregg, A. A. Hammond* and *H. O'Neal,* for the appellant.

*C. C. Nave,* for the appellee.

Nov. Term,
1853.

MIX
v.
SMITH

*Monday,
December* 12.

---

## MIX *v.* SMITH.

Debt upon a writing obligatory. Plea, that the writing, with three others of like amount, were made by the defendant as the consideration-money of a lot, in, &c., and for no other consideration; that at the time of the purchase and of the execution of the writing obligatory, the plaintiff agreed to convey the lot to him upon the payment of the purchase-money, as specified in said several writings obligatory; that all said notes had been paid except the one sued ·on, before the commencement of the suit. Averment, that before the commencement of the suit the plaintiff did not convey, nor execute a conveyance or tender it upon full payment of the purchase-money or on any other condition. *Held,* that the plea was valid in bar of the action.

ERROR to the *Tippecanoe* Court of Common Pleas.

ROACHE, J.—Debt by the plaintiff below on a writing obligatory.

*Monday,
December* 12.

Nov. Term,
1853.

The defendant below filed a plea alleging that the writing obligatory sued on, with three others of like amount, were made by him as the consideration-money of a lot in *Lafayette*, and for no other consideration. That at the time of the purchase and of the execution of the writing obligatory, the plaintiff below agreed to convey the lot to him upon the payment of the purchase-money, as specified in the said several writings obligatory. That all said notes had been paid, except the one now sued on, before the commencement of this suit. Averment, that before the commencement of the suit the plaintiff did not convey, nor did he execute a conveyance and tender it upon the full payment of the purchase-money, or on any other condition.

To this plea, the Court sustained a demurrer, and rendered final judgment for the plaintiff for the amount due on the writing obligatory.

This plea is precisely similar to that in the case of *Ellis* v. *Hubbard*, decided by this Court at the *May* term, 1853, (1) and no new or different question arises upon it. The plea was a good bar, and the demurrer should have been overruled.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*R. Jones*, for the plaintiff.

*J. A. Wilstach*, for the defendant.

